Marni Rubin-Watkins, Esq.
Nevada Bar No. 9674
FIDELITY NATIONAL LAW GROUP
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
Telephone: (702) 667-3000
Facsimile: (702) 697-2020
Email: marni.watkins@fnf.com
Attorneys for *Fidelity National Title Insurance Company, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PEARL A. LAPERLA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PARTNER'S MORTGAGE CORPORATION, AMERICAN HOME MORTGAGE SERVICING, OPTION ONE, AND FIDELITY NATION TITLE INSURANCE COMPANY, DOES 1 – 100,<br><br>　　　　　Defendants.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>PEARL LAPERLA, DOES I-X, and ROES CORPORATIONS I- X,<br><br>　　　　　Counterdefendants.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>　　　　　Third-Party Claimant<br><br>vs.<br><br>JOSHUA-CARL, THE PHURBA MERCHANT GROUP, THE GUARDIAN ALLIANCE INCORPORATED, THE NEW EARTH STEWARDSHIP COALITION, and PEARL LAPERLA LIVING FAMILY TRUST<br><br>　　　　　Third-Party Defendant | Case No.  3:11-cv-00167<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Currently before the Court is Fidelity National Title Insurance Company's ("Fidelity") Motion for Summary Judgment (#62). Pursuant to the Docket Entry # 63, the last day for filing an Opposition to Fidelity's Motion was November 28, 2012. Pearl Laperla, Joshua-Carl, The Phurba Merchant Group, The Guardian Alliance Incorporated, The New Earth Coalition and Pearl Laperla Living Family Trust failed to file an opposition. Additionally, counsel for Fidelity has represented that Counter-defendant and Third-Party Defendants received service as Fidelity's counsel received a telephone call from counsel in Reno who stated that she had consulted with Ms. Laperla regarding Fidelity's Motion for Summary Judgment.

Pursuant to L.R. 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." The parties have thus consented Fidelity's Motion for Judgment on the Pleadings. The Court therefore grants Fidelity's Motion for Summary Judgment

### CONCLUSION

For the foregoing reasons, IT IS ORDERED that Fidelity's Motion for Summary Judgment (#62) is GRANTED. The Clerk of the court shall enter judgment accordingly.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: _ November 6, 2014 _

Submitted by:

FIDELITY NATIONAL LAW GROUP

By: _____
Marni Rubin Watkins, Esq.
Nevada Bar No. 9674
2450 St. Rose Parkway, Suite 150
Henderson, Nevada 89074
Attorney for *Fidelity National Title Insurance Company, Inc.*